AO 470 (8/85) Order of Temporary Detention

# United States District Court

_____DISTRICT OF NEW MEXICO_____

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 14 2005

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA

v.

___MIKE JONES___
Defendant

AKA Gideon Michael Robles  RWI

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number:   05-M-729
               05-MG-069

Upon motion of the Court, it is ORDERED that a detention hearing is set for _December 15, 2005_
                                                                              Date

* at **9:30 a.m.** before the _____Honorable Lorenzo Garcia_____
    Time                              *Name of Judicial Officer*

<u>United States Magistrate Court, 333 Lomas NW, Albuq. NM 87102 - 3rd Floor Pecos Court Room</u>
                                  *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) <u>(or</u>

<u>any authorized uniformed police officer</u>) and produced for the hearing or *Other Custodial Official*

For purposes of this hearing Defendant is determined to be indigent, and entitled to counsel

at no charge.

Date:   __December 14, 2005__

_____
Robert W. Ionta - Judicial Officer

---

* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

5