**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 28 2005

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR05 2768 JC |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 05-_____ |
| vs. ) | |
| ) | 18 U.S.C. § 1153: Crime on an |
| GIDEON MICHAEL ROBLES, ) | Indian Reservation; 18 U.S.C. |
| a/k/a Mike Jones ) | § 113(a)(3): Assault with a |
| ) | Dangerous Weapon; 18 U.S.C. § |
| Defendant. ) | 113(a)(6): Assault resulting in |
| | Serious Bodily Injury. |

## INDICTMENT

The Grand Jury charges:

### COUNT I

On or about the 11th day of December, 2005, in Indian Country, in McKinley County, within the exterior boundaries of the Navajo Indian Reservation, in the State and District of New Mexico, the defendant, GIDEON ROBLES, a/k/a Mike Jones, an Indian, with intent thereby to do bodily harm, did assault Aaron Begay with a dangerous weapon, that is, a knife.

In violation of 18 U.S.C. §§ 113(a)(3), 1153.

### COUNT II

On or about the 11th day of December, 2005, in Indian Country, in McKinley County, within the exterior boundaries of the Navajo Indian Reservation, in the State and District of New Mexico, the defendant, GIDEON ROBLES, a/k/a Mike Jones, an Indian, did assault Aaron Begay, such assault resulting in serious bodily injury.

In violation of 18 U.S.C. §§ 113(a)(6), 1153.



### COUNT III

On or about the 11th day of December, 2005, in Indian Country, in McKinley County, within the exterior boundaries of the Navajo Indian Reservation, in the State and District of New Mexico, the defendant, GIDEON ROBLES, a/k/a Mike Jones, an Indian, with intent thereby to do bodily harm, did assault Terrelene Begay with a dangerous weapon, that is, a knife.

In violation of 18 U.S.C. §§ 113(a)(3), 1153.

### COUNT IV

On or about the 11th day of December, 2005, in Indian Country, in McKinley County, within the exterior boundaries of the Navajo Indian Reservation, in the State and District of New Mexico, the defendant, GIDEON ROBLES, a/k/a Mike Jones, an Indian, did assault Terrelene Begay, such assault resulting in serious bodily injury.

In violation of 18 U.S.C. §§ 113(a)(6), 1153.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

DAVID C. IGLESIAS
United States Attorney

N:\MHanisee\VC cases\Gideon_Robles\113a3a6_ind.wpd