PS 10
(8/88)

# UNITED STATES DISTRICT COURT
for
NEW MEXICO

U.S.A. vs **Gideon Robles**  Docket No. **05CR2768**

TO:[1] **Any United States Marshal or any other authorized officer**

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. | | | |
| NAME OF DEFENDANT<br>Gideon Robles | SEX<br>Male | RACE<br>Black/Indian | AGE<br>18 |
| ADDRESS (STREET, CITY, STATE)<br>La Pasada Halfway House | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>US District Court Albuquerque, New Mexico | | | |
| CLERK<br>Mathew J. Dykman | (BY) DEPUTY CLERK | | DATE<br>FEB 27 2006 |
| RETURN | | | |
| Warrant received and executed | DATE RECEIVED | | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | | |
| NAME | (BY) | | DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

